*The Law Offices of*
## ROBERT E. NICHOLS

December 19, 2017

The Honorable William H. Alsup
San Francisco Courthouse
Courtroom 12 - 19th Floor
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

RE:   Lions Club of Albany, *et. al.* v. City of Albany *et. al.*
       Case Number 3:17-cv-05236WHA
       Agreed-upon Schedule for Depositions

Dear Judge Alsup:

Pursuant to the Court's Case Management Order of December 14, 2017, counsel for the Lions Club parties and the City of Albany have conferred by e-mail. On December 18, 2017, new counsel for Defendant Ana Rochelle Nason filed an Appearance of Counsel. The Parties have agreed upon the following deposition schedule:

January 22, 2018: (2) Depositions of PG&E employees
January 23, 2018: Lance Calkins
January 24, 2018:  Penelope Crumpley
February 22. 2018: Jeff Bond
February 26, 2018: Lions Club PMK
February 27, 2018: Counsel for Lions Club of Albany, California[1]

The Lions Club is reserving one three hour deposition for the purpose of deposing a representative from the escrow company, if it continues to exist or other person knowledge of the 1973 property acquisition concerning the Cross easement.

Sincerely,

---

[1] This deposition is subject a stipulated protective order or in the alternative a motion for protective order to establish the information sought is crucial to the preparation of the case;
no less invasive or alternative means exist to get information relevant and necessary to the preparation of the case and a protective order limiting the scope of the examination to relevant and non-privileged information.

---