MICHAEL J. PIETRYKOWSKI (SBN: 118677)
mpietrykowski@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

Attorneys for Counter-Defendants
THE LIONS CLUB INTERNATIONAL;
THE LIONS CLUB OF ALBANY, CALIFORNIA; and
THE ALBANY LIONS CLUB FOUNDATION, INC.

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA, a nonprofit organization,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF ALBANY, a Charter City; LANCE CALKINS, in his personal and official capacities as Fire Chief of the City of Albany; JEFF BOND, in his personal and official capacities as Community Development Director of the City of Albany; PENELOPE LEACH CRUMPLEY, in her personal and official capacities as City Manager of the City of Albany; PETER MAASS, in his personal and official capacities as City Councilmember of the City of Albany; ANA ROCHELLE NASON, in her personal and official capacities as City Councilmember of the City Albany; and DOES 1 through 50,<br><br>　　　　　　Defendants.<br><br>THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, and ANA ROCHELLE NASON,<br><br>　　　　　　Counter-Claimants,<br><br>　v. | CASE NO: 3:17-cv-05236-WHA<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COUNTER-DEFENDANT THE LIONS CLUB INTERNATIONAL PURSUANT TO FRCP 41 (A) AND (C)**<br><br>JUDGE: Hon. William Alsup |

-1-

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COUNTER-DEFENDANT THE LIONS CLUB INTERNATIONAL

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA, a nonprofit organization; THE ALBANY LIONS CLUB FOUNDATION, INC., a nonprofit organization; and THE LIONS CLUB INTERNATIONAL, a nonprofit organization; and Roes 1-30, <br><br>      Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

This Stipulation is made this 18th day of January, 2018, by and between Counter-Claimants The City of Albany; Lance Calkins; Jeff Bond; Penelope Leach Crumpley; Peter Maass; and Ana Rochelle Nason; and Counter-Defendants The International Association of Lions Clubs, an Illinois non-profit corporation, denominated in this suit as The Lions Club International, a non-profit organization; The Lions Club Of Albany, California, a non-profit organization; and The Albany Lions Club Foundation, Inc., a non-profit organization (herein as "The Parties").

The Parties, acting by and through their attorneys of record, stipulate that pursuant to Federal Rule of Civil Procedure ("FRCP"), Rule 41, subsections (a) and (c), the counter-claim by The City of Albany, Lance Calkins, Jeff Bond, Penelope Leach Crumpley, Peter Maass, and Ana Rochelle Nason against Counter-Defendant The International Association of Lions Clubs is dismissed without prejudice. The Parties have given their consent for electronic signature. Each side is to bear its own fees and costs as to this dismissal only.

/s/_____
Gregory M. Fox
Counsel for Defendants and Counter-Complainants The City of Albany, Lance Calkins, Jeff Bond, Penelope Leach Crumpley, Peter Maass, and Ana Rochelle Nason

/s/_____
Craig Labadie
Counsel for Defendants and Counter-Complainants The City of Albany, Lance

Gordon Rees Scully Mansukhani, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

-2-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COUNTER-DEFENDANT THE LIONS CLUB INTERNATIONAL

Calkins, Jeff Bond, Penelope Leach Crumpley, Peter Maass, and Ana Rochelle Nason

/s/_____
Robert E. Nichols
Counsel for Plaintiff The Lions Club of Albany, California, a non-profit organization

/s/_____
Michael J. Pietrykowski
Counsel for Counter-Defendants The Lions Club International, a non-profit organization, properly denominated as The International Association of Lions Clubs; The Lions Club Of Albany, California, a non-profit organization; and The Albany Lions Club Foundation, Inc., a non-profit organization