IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA, a non-profit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF ALBANY, a charter city, *et al*.,<br><br>    Defendants and Counter-Claimants,<br><br>  v.<br><br>THE LIONS CLUB OF ALBANY, CALIFORNIA, a non-profit corporation; THE ALBANY LIONS CLUB FOUNDATION, and DOES 1–30,<br><br>    Counter-Defendants. | No. C 17-05236 WHA<br><br>**COURT INQUIRY RE FRCP 56(d)** |

Neither side has submitted an FRCP 56(d) declaration or otherwise contended that an adverse ruling would be premature by reason of inadequate time to take discovery or otherwise investigate. If the Court has misread the record in this regard, counsel must promptly advise the Court. Please do so by **JUNE 6 AT NOON**.

Dated: June 1, 2018.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE