Craig Labadie, State Bar No. 101681
Law Offices of Craig Labadie
21C Orinda Way, #354
Orinda, CA 94563
Telephone: (925) 250-5424
Email: clabadie@albanyca.org

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant/Counterclaimants
THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS and ROCHELLE NASON

Bridget A. Clarke, State Bar No. 161320
Andrew J. Dhuey, State Bar No. 161286
456 Boynton Avenue
Berkeley, California 94707
Telephone: (510) 528-7755
Email: baclarke@comcast.net; ajdhuey@comcast.net

Attorneys for Counterclaimant
ROCHELLE NASON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ALBANY, a Charter City; LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, ROCHELLE A. NASON, and DOES 1 through 50;<br><br>    Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-05236-WHA<br><br>**FIRST DECLARATION OF ANDREW J. DHUEY IN SUPPORT OF JOINT REQUEST TO ENTER INTO THE RECORD THE** *THOMSON v. CALL* **DOCUMENTS**<br><br>**Hon. William H. Alsup** |

I, Andrew J. Dhuey, declare:

1. I am an attorney duly licensed to practice law before the courts in the State of California for Defendant and Counterclaimant Rochelle Nason in this case. As such, I have personal knowledge of the facts and circumstances surrounding this matter and could, if called, competently testify thereto.

2. Pursuant to a settlement agreement reach in this action, the parties have agreed to enter into the record in this action certified copies of documents that are part of the trial court record in *Thomson v. Call*. Defendants/Counterclaimants provided all of these documents at the Court's request. *See* Docket Entry ("D.E.") 71 (request to counsel).

3. I am aware that the Court received paper copies of these certified documents on May 24, 2018 (during the hearing on the summary judgment motions) and on May 29, 2018 (via UPS with a May 25, 2018 cover letter from me). However, copies of these documents never became part of the electronic record in this action.

4. Attached to this declaration is one of the certified documents described in paragraphs 2 and 3, *supra*: the complete Reporter's Transcript in *Thomson v. Call*, divided into seven pdf files. This is a true, correct and complete electronic copy of the certified paper documents I received from the California State Achieves and which I have provided to all counsel in this matter, as well as the Court.

5. After all counsel in this action have had the opportunity to review the *Thomson v. Call* documents I have attached to my two declarations, I expect that the parties will jointly request that the Court include these documents as authentic court records from the trial court in *Thomson v. Call*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 28th day of August 2018, in Berkeley, California.

By:   /s/ Andrew J. Dhuey

1

FIRST DECL. OF DHUEY IN SUPPORT OF JOINT REQ. TO ENTER INTO THE RECORD DOCUMENTS
*Lions Club v City of Albany, et al.* U.S. District Court Case No. 3:17-cv-05236-WHA