Craig Labadie, State Bar No. 101681
Law Offices of Craig Labadie
21C Orinda Way, #354
Orinda, CA 94563
Telephone: (925) 250-5424
Email: clabadie@albanyca.org

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant/Counterclaimant
THE CITY OF ALBANY

Bridget A. Clarke, State Bar No. 161320
Andrew J. Dhuey, State Bar No. 161286
456 Boynton Avenue
Berkeley, California 94707
Telephone: (510) 528-7755
Email: baclarke@comcast.net; ajdhuey@comcast.net

Attorneys for Counterclaimant
ANA ROCHELLE NASON

(Attorneys continued on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA,<br><br>   Plaintiff,<br><br>v.<br><br>THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, ROCHELLE A. NASON, and DOES 1 through 50;<br><br>   Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-05236-WHA<br><br>**STIPULATION AND PROPOSED ORDER RE AMENDMENT TO CITY DEFENDANTS' ANSWER AND COUNTERCLAIM**<br><br><br><br><br><br><br><br>**Hon. William H. Alsup** |

1  Robert E. Nichols, State Bar No. 100028
   3060 El Cerrito Plaza, Number 316
2  El Cerrito, CA 94530
   Telephone:   (510) 423-3280
3  Email:          renichols01@comcast.net

4
   Attorney for Plaintiffs/Counter-Defendants
5  LIONS CLUB OF ALBANY, CALIFORNIA,
   LIONS CLUB OF ALBANY FOUNDATION
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE AMENDMENT TO ANSWER AND COUNTERCLAIM
*Lion's Club v City of Albany, et al.*  U.S. District Court Case No. 3:17-cv-05236-WHA

The parties, acting by and through their legal counsel herein, stipulate for an Order to allow amendment of Defendants and Counter-claimants the City of Albany, Lance Calkins, Jeff Bond, Penelope Leach Crumpley, Peter Maass and Ana Rochelle Nason's Answer to plaintiff's complaint and Counterclaim. This stipulation to allow amendment is made pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), which permits amendment by the opposing party's written consent, or by the Court's leave, which should be freely granted when justice so requires. Amendment of the Answer and Counterclaim is necessary to clarify that ownership of the Latin cross that is the subject of this action is disputed. Pursuant to Northern Distrit Local Rule10-1, the proposed amended Answer and Counterclaim is attached hereto as **Exhibit A**.

It is so stipulated.

DATED: September 18, 2018                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:   */s/ Gregory M. Fox*
      Gregory M. Fox
      Attorney for the Defendant/Counterclaimant
      THE CITY OF ALBANY

DATED: September 18, 2018                LAW OFFICES OF CRAIG LABADIE

By:   */s/ Craig Labadie*
      Craig Labadie
      Attorney for the Defendant/Counterclaimant
      THE CITY OF ALBANY

DATED: September 18, 2018

By:   */s/ Bridget A. Clarke*
      Bridget A. Clarke
      Attorney for the Counterclaimant
      ANA ROCHELLE NASON

DATED: September 18, 2018

By:   */s/ Andrew J. Dhuey*
      Andrew J. Dhuey
      Attorney for the Counterclaimant
      ANA ROCHELLE NASON

1

STIPULATION AND PROPOSED ORDER RE AMENDMENT TO ANSWER AND COUNTERCLAIM
*Lion's Club v City of Albany, et al.* U.S. District Court Case No. 3:17-cv-05236-WHA

DATED: September 18, 2018            ROBERT E. NICHOLS ATTORNEY AT LAW

By:   */s/ Robert E. Nichols*
Robert E. Nichols
Attorney for the Plaintiffs/Counter-defendants
LIONS CLUB OF ALBANY, CALIFORNIA,
LIONS CLUB OF ALBANY FOUNDATION

### ATTORNEY ATTESTATION

I, Gregory Fox, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: September 18, 2018            */s/ Gregory Fox*
Gregory Fox

### [PROPOSED] ORDER

WHEREFORE, good cause appearing and pursuant to stipulation of the parties, it is hereby ordered that the Defendants and Counter-claimants the City of Albany, Lance Calkins, Jeff Bond, Penelope Leach Crumpley, Peter Maass and Ana Rochelle Nason are granted leave to amend their answer and counterclaim to plaintiffs' complaint.

**IT IS SO ORDERED.**

DATED: _____      _____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER RE AMENDMENT TO ANSWER AND COUNTERCLAIM
*Lion's Club v City of Albany, et al.* U.S. District Court Case No. 3:17-cv-05236-WHA