Craig Labadie, State Bar No. 101681
Law Offices of Craig Labadie
21C Orinda Way, #354
Orinda, CA 94563
Telephone: (925) 250-5424
Email: clabadie@albanyca.org

Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant/Counterclaimants
THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS and ANA ROCHELLE NASON

Bridget A. Clarke, State Bar No. 161320
Andrew J. Dhuey, State Bar No. 161286
456 Boynton Avenue
Berkeley, California 94707
Telephone: (510) 528-7755
Email: baclarke@comcast.net; ajdhuey@comcast.net

Attorneys for Counterclaimant
ANA ROCHELLE NASON

Robert E. Nichols, State Bar No. 100028
3060 El Cerrito Plaza, Number 316
El Cerrito, CA 94530
Telephone: (510) 423-3280
Email: renichols01@comcast.net

Attorney for Plaintiff/Counter-Defendants
LIONS CLUB OF ALBANY, CALIFORNIA, ALBANY LIONS CLUB FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, ROCHELLE A. NASON, and DOES 1 through 50;<br><br>    Defendants,<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-cv-05236-WHA<br><br>**STIPULATED MOTION FOR DISMISSAL AND ENTRY OF FINAL JUDGMENT**<br><br><br><br><br><br>**Hon. William H. Alsup** |

**STIPULATED MOTION FOR DISMISSAL AND ENTRY OF FINAL JUDGMENT**

Plaintiffs/counter-defendants LIONS CLUB OF ALBANY, CALIFORNIA, ALBANY LIONS CLUB FOUNDATION and defendants/counterclaimants THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, and ANA ROCHELLE NASON (incorrectly sued as ROCHELLE A. NASON) have agreed to settle, adjust, and compromise their claims against each other in the above-captioned action, with preservation of certain appeal rights by the parties, in accordance with the terms of their Settlement Agreement dated July 3, 2018 ("Settlement Agreement").  The parties have further agreed to bear their own fees and costs incurred in this action.

By agreement and pursuant to Federal Rule of Civil Procedure 58(d), the parties move the Court to enter as final judgment the following Court findings and rulings in this case, and dismiss the rest of this action with prejudice, each party to bear its own fees and costs:  the Court's grant of summary judgment on the causes of action asserted in the Counterclaim (D.E. 26) contained in its Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment dated June 15, 2018 (D.E. 83). Federal Rule of Civil Procedure 58(d) allows "any party to move for entry of judgment on a separate document" as required by Rule 58(a) to "protect all needs for prompt commencement of the periods for motions, appeals, and execution or other enforcement."  *See* Fed. R. Civ. P. 58, Advisory Committee Notes for the 2002 Amendments.

By joining in this motion, the parties do not consent to the findings or rulings related to the causes of action asserted in the Counterclaim (D.E. 26) contained in the Court's Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment (D.E. 83).  Instead, the parties reserve their rights to argue on appeal all of the issues raised by such findings or rulings.  The parties agree that there is no reason for delay in certifying the finality of these findings and rulings for purposes of appellate view. The Court's Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment (D.E. 83) in conjunction with the parties' settlement of the remaining issues leave no triable issues remaining in this action.  Entry of final judgment will expedite the ultimate resolution of the remaining issues.

///

///

///

1

STIPULATED MOTION FOR DISMISSAL AND ENTRY OF FINAL JUDGMENT
*Lion's Club v City of Albany, et al.* U.S. District Court Case No. 3:17-cv-05236-WHA

For the foregoing reasons, the parties respectfully ask the Court to grant this stipulated motion.

Respectfully submitted,

DATED:  October 17, 2018              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:      */s/ Gregory M. Fox*
    Gregory M. Fox
    Attorney for the Defendants/Counterclaimants
    THE CITY OF ALBANY, JEFF BOND,
    PENELOPE LEACH CRUMPLEY, PETER
    MAASS, ANA ROCHELLE NASON

DATED:  October 17, 2018              ROBERT E. NICHOLS ATTORNEY AT LAW

By:      */s/ Robert E. Nichols*
    Robert E. Nichols
    Attorney for the Plaintiff/counter-defendant
    LIONS CLUB OF ALBANY, CALIFORNIA,
    LIONS CLUB OF ALBANY FOUNDATION

### ATTORNEY ATTESTATION

I, Gregory Fox, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

DATED:  October 17, 2018              */s/ Gregory M. Fox*
    Gregory M. Fox