UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LIONS CLUB OF ALBANY, CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ALBANY, a Charter City; LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, ROCHELLE A. NASON, and DOES 1 through 50;<br><br>    Defendants, | Case No. 3:17-cv-05236-WHA<br><br>**STIPULATED ORDER OF FINAL JUDGMENT**<br><br><br><br><br><br>Hon. William H. Alsup |
| AND RELATED COUNTERCLAIMS. | |

### **STIPULATED ORDER OF FINAL JUDGMENT**

WHEREAS, Plaintiffs/counter-defendants LIONS CLUB OF ALBANY, CALIFORNIA, ALBANY LIONS CLUB FOUNDATION and defendants/counterclaimants THE CITY OF ALBANY, LANCE CALKINS, JEFF BOND, PENELOPE LEACH CRUMPLEY, PETER MAASS, and ANA ROCHELLE NASON (incorrectly sued as ROCHELLE A. NASON) have agreed to settle, adjust, and compromise their claims against each other in the above-captioned action, with preservation of certain appeal rights by the parties, in accordance with the terms of their Settlement Agreement dated July 3, 2018 ("Settlement Agreement").

The Court, having carefully considered the parties' Stipulated Motion for Dismissal and Entry of Final Judgment, finds that good cause exists for the requested relief, and hereby orders that the Motion is GRANTED.

IT IS HEREBY ORDERED that the Complaint (D.E. 1) is dismissed with prejudice, each party to bear its own fees and costs. With the exception of the following findings and rulings, which are final and ripe for appellate review, the entirety of this action is dismissed with prejudice, each party to bear its own

1

STIPULATED ORDER OF FINAL JUDGMENT
*Lion's Club v City of Albany, et al.* U.S. District Court Case No. 3:17-cv-05236-WHA

fees and costs: the Court's grant of summary judgment on the causes of action asserted in the Counterclaim (D.E. 26) contained in its Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment dated June 15, 2018 (D.E. 83). The parties may immediately appeal all of the issues, findings and rulings related to the Counterclaim contained in the above order. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

DATED: October 17, 2018.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE