UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONS CLUB OF ALBANY, CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ALBANY,<br><br>    Defendant. | Case No.  3:22-cv-05377-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 1, 9 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge William Alsup for consideration of whether the case is related to *Lions Club of Albany, California, v. City of Albany*, No. C 17-05236-WHA.

Pending final determination on relatedness by Judge Alsup, the motion for a preliminary injunction is tentatively reset to be heard on November 16, 2022 at 1:00 p.m. in front of Judge Alsup in Courtroom 12, 19th Floor.

**IT IS SO ORDERED.**

Dated: October 25, 2022



WILLIAM H. ORRICK
United States District Judge